1
2

3

4

5

6

7

8

9

10

11
UNITED STATES DISTRICT COURT

12
CENTRAL DISTRICT OF CALIFORNIA

13

14
RUSSELL SANDORS, an individual

CASE NO.: 2:13 CV-03504-SVW-AJW

Plaintiff,

[Assigned for all purposes to the Hon. Stephen V. Wilson, Dept. 6]

vs.

**ORDER ON STIPULATION FOR DISMISSAL**

INGERSOLL-RAND COMPANY, a New Jersey Co oration; INGERSOLL-RAND FINANCIAL CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,

**[JS-6]**

Defendants.

Complaint Filed: April 9, 2013

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the remaining claim of PLAINTIFF RUSSELL SANDORS is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.


IT IS SO ORDERED

Dated:    August 30, 2013          _____

                                        Stephen V. Wilson
                                        United States District Judge