1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SANDORS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY, a New Jersey Co oration; INGERSOLL-RAND FINANCIAL CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:13 CV-03504-SVW-AJW<br><br>[Assigned for all purposes to the Hon. Stephen V. Wilson, Dept. 6]<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>**[JS-6]**<br><br>Complaint Filed: April 9, 2013 |

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the remaining claim of PLAINTIFF RUSSELL SANDORS is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED

Dated:   August 30, 2013

_____
Stephen V. Wilson
United States District Judge